**Appeal Dismissed and Memorandum Opinion filed December 17, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00713-CV

---

## HENRY TOWNSEND AND GOLDIE SMITH, Appellants

## V.

## ATLAS 13 NORTHWEST MEDICAL, LP, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-35237**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 1, 2020. The notice of appeal was due October 1, 2020. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on October 2, 2020, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal.

On November 5, 2020, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before November 16, 2020. *See* Tex. R. App.

P. 26.3, 10.5(b). Appellant did not file a motion. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan